UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SIGNEO USA, LLC,**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　**Case No:  6:13-cv-292-Orl-36KRS**

**AMERICAN ARBITRATION
ASSOCIATION, INC.,**

      **Defendant.**

---

## ORDER

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Karla R. Spaulding, filed on March 1, 2013 (Doc. 7).  In the Report and Recommendation, the Magistrate Judge recommends that Plaintiff Signeo USA, LLC's ("Plaintiff") Complaint (Doc. 1) be dismissed for failure to allege sufficient facts to demonstrate that this Court has subject matter jurisdiction.  *See* Doc. 7.  Neither party has objected to the Report and Recommendation and the time to do so has expired.

The Court is in agreement with the Magistrate Judge that Plaintiff's Complaint should be dismissed because it fails to allege sufficient facts to demonstrate that this Court has subject matter jurisdiction.  *See id*.  In addition, Plaintiff's Response to the Magistrate Judge's Order to Show Cause (Doc. 6) fails to allege sufficient facts to cure the defects in the Complaint.  *See id*.  However, the Court agrees that Plaintiff should be given an opportunity to file an Amended Complaint.  Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is

of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 7) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED, without prejudice**, for lack of subject matter jurisdiction. Plaintiff is granted leave to file an Amended Complaint within **FOURTEEN (14) DAYS** from the date of this Order, which cures the deficiencies discussed in the Magistrate Judge's Report and Recommendation. Failure to file an Amended Complaint within this time period will result in this case being closed.

**DONE** and **ORDERED** in Orlando, Florida on March 19, 2013.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge Karla R. Spaulding